B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cook, Robert A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5495** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6416 Orange Hill Lane**<br>**Carmichael, CA**<br>ZIP Code **95608** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sacramento** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

**2011-39335**
FILED
August 08, 2011
5:01 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003687678

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cook, Robert A** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Daniel S. Weiss    **August 8, 2011**<br>   Signature of Attorney for Debtor(s)   (Date)<br>**Daniel S. Weiss 91930** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cook, Robert A |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Robert A Cook**
Signature of Debtor **Robert A Cook**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 8, 2011**
Date

### Signature of Attorney*

**X /s/ Daniel S. Weiss**
Signature of Attorney for Debtor(s)

**Daniel S. Weiss 91930**
Printed Name of Attorney for Debtor(s)

**Law Offices of Daniel S. Weiss**
Firm Name
**2277 Fair Oaks Blvd.**
**Suite 495**
**Sacramento, CA 95825**

Address

**Email: dweiss@danielweisslaw.com**
**916-569-1610  Fax: 916-569-1612**
Telephone Number

**August 8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re  **Robert A Cook**                                                                                   Case No.  _____
                                                                    Debtor(s)                   Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Robert A Cook**
                     **Robert A Cook**

Date:  **August 8, 2011**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  Robert A Cook  
                    Debtor(s)

Case No.  _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200 | Bank of America<br>P.O. Box 301200<br>Los Angeles, CA 90030-1200 | Hawaiian Airlines Visa Card | | 19,131.75 |
| Binns, Robert J., Esq.<br>3620 American River Drive<br>Suite 175<br>Sacramento, CA 95864 | Binns, Robert J., Esq.<br>3620 American River Drive<br>Suite 175<br>Sacramento, CA 95864 | Legal services | | 286,071.86 |
| Chase Home Finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Chase Home Finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Residence at 6416 Orange Hill Lane, Carmichael, CA Titled in name of Bob Cook Company, LLC | | 563,664.68<br><br>(550,000.00 secured) |
| Crase, Ron & Shirley<br>6121 Winding Way<br>Carmichael, CA 95608 | Crase, Ron & Shirley<br>6121 Winding Way<br>Carmichael, CA 95608 | Credit advanced on credit card | | 21,500.00 |
| Equity First Holdings, LLC<br>101 W. Market Street<br>Suite 3050<br>Indianapolis, IN 46204 | Equity First Holdings, LLC<br>101 W. Market Street<br>Suite 3050<br>Indianapolis, IN 46204 | 600,000 shares of Explor Resources, Inc. | | 276,000.00<br><br>(258,000.00 secured) |
| Hearn Pacific, Inc.<br>c/o Napa Pacific Investments<br>411 Davis Street<br>Suite 201<br>Vacaville, CA 95688 | Hearn Pacific, Inc.<br>c/o Napa Pacific Investments<br>411 Davis Street<br>Vacaville, CA 95688 | Judgment in Sacramento Superior Court Case No.34-2008-00025002 | | 360,000.00 |
| Hirano, Russell G., DDS<br>1840 Avondale Way<br>Suite 4<br>Sacramento, CA 95825 | Hirano, Russell G., DDS<br>1840 Avondale Way<br>Suite 4<br>Sacramento, CA 95825 | Dental services | | 4,748.78 |
| Lupori & Associates<br>Thomas Lupori<br>1900 Olympic Blvd.<br>Walnut Creek, CA 94596 | Lupori & Associates<br>Thomas Lupori<br>1900 Olympic Blvd.<br>Walnut Creek, CA 94596 | Accounting services | | 6,000.00 |

In re  Robert A Cook                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McCoy, Gregory L., Esq<br>Gagen, McCoy, McMahon, Koss, et al<br>279 Front Street<br>Danville, CA 94526-0218 | McCoy, Gregory L., Esq<br>Gagen, McCoy, McMahon, Koss, et al<br>279 Front Street<br>Danville, CA 94526-0218 | Legal services | | 54,823.58 |
| Mohanna, Moe<br>M.H.M.<br>1025 Ninth Street<br>Sacramento, CA 95814 | Mohanna, Moe<br>M.H.M.<br>1025 Ninth Street<br>Sacramento, CA 95814 | Personal loan | | 250,000.00 |
| Omni Financial, LLC<br>1260 - 41st Avenue<br>Suite O<br>Capitola, CA 95010 | Omni Financial, LLC<br>1260 - 41st Avenue<br>Suite O<br>Capitola, CA 95010 | Shares of Kings Professional Basketball Club - subjec to pending litigation is Santa Cruz Superior Court | Disputed | 13,000,000.00<br><br>(10,000,000.00 secured) |
| One West Bank<br>2450 Broadway<br>5th Floor<br>Santa Monica, CA 90404 | One West Bank<br>2450 Broadway<br>5th Floor<br>Santa Monica, CA 90404 | Hotel property owned by Captain's Table Hotel, LLC | | 29,574,238.19<br><br>(13,000,000.00 secured) |
| Peloquin, Michael<br>5312 Locust Avenue<br>Carmichael, CA 95608 | Peloquin, Michael<br>5312 Locust Avenue<br>Carmichael, CA 95608 | Land planning services re Adams Limited, LLC | | 30,000.00 |
| Sacramento County<br>Code Enforcement<br>P.O. Box 1587<br>Sacramento, CA 95812 | Sacramento County<br>Code Enforcement<br>P.O. Box 1587<br>Sacramento, CA 95812 | Code violationsa at 7411 Fair Oaks Blvd., Carmichael, CA 95608 (property of Adams Limited, LLC) | | 1,828.53 |
| Scherman, Barrett & Susan A.<br>Schermann Family Trust<br>875 Francisco Street<br>San Francisco, CA 94109 | Scherman, Barrett & Susan A.<br>Schermann Family Trust<br>875 Francisco Street<br>San Francisco, CA 94109 | Stipulation for Judgment in Sacramento County Superior Court Case No.34-2009-00034326 | | 250,000.00 |
| Traynor Marina Investments<br>c/o Daniel L. Egan, Esq<br>Wilke Fleury<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814 | Traynor Marina Investments<br>c/o Daniel L. Egan, Esq<br>Wilke Fleury<br>Sacramento, CA 95814 | Judgment in Sacramento County Superior Court Case No.34-2009-00065942 | | 800,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Robert A Cook  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Umpqua Bank<br>2270 Douglas Blvd.<br>Suite 220<br>Roseville, CA 95661 | Umpqua Bank<br>2270 Douglas Blvd.<br>Suite 220<br>Roseville, CA 95661 | Unsecured loan to Sacramento Tennis, LLC by Silverado Bank (now Umpqua Bank) - personal guarantee | | 200,000.00 |
| Vodonick, John, Esq.<br>P.O. Box 763<br>Nevada City, CA 95959 | Vodonick, John, Esq.<br>P.O. Box 763<br>Nevada City, CA 95959 | Legal services | | 680,300.00 |
| Wells Fargo Financial National Bank<br>PO Box 30667<br>Los Angeles, CA 90030-0667 | Wells Fargo Financial National Bank<br>PO Box 30667<br>Los Angeles, CA 90030-0667 | MasterCard | | 3,058.36 |
| Willet Land Company<br>c/o Michael & Sons<br>965 University Avenue<br>Suite 100<br>Sacramento, CA 95825-6758 | Willet Land Company<br>c/o Michael & Sons<br>965 University Avenue<br>Sacramento, CA 95825-6758 | Rent owed by B & C Arden Way, a partnership of which Debtor is a general partner | | 14,606.58 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Robert A Cook**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 8, 2011**       Signature  **/s/ Robert A Cook**  
                                          **Robert A Cook**  
                                          Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Adams Limited, LLC
425 Watt Ave
Sacramento, CA 95864

Arnoff, Tod & Susan
501 E. 79th Street
Apt. 11-D
New York, NY 10021

Aronoff, Myron
2652 Pierce Street
San Francisco, CA 94123

Aronoff, Stuart B & Myrna
2652 Pierce Street
San Francisco, CA 94123

B & C Arden
425 Watt Ave
Sacramento, CA 95864

Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Barham, Steve
3441 Arden Way
Sacramento, CA 95864

Biechner, George
9460 South Wales Way
Elk Grove, CA 95758

Binns, Robert J., Esq.
3620 American River Drive
Suite 175
Sacramento, CA 95864

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH 43016-0306

Bob Cook Company, LLC
425 Watt Ave
Sacramento, CA 95864


Captain's Table Hotel, LLC
425 Watt Ave
Sacramento, CA 95864


Chase
P.O. Box 78035
Phoenix, AZ 85062-8035


Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062-8420


Crase, Ron & Shirley
6121 Winding Way
Carmichael, CA 95608


Equity First Holdings, LLC
101 W. Market Street
Suite 3050
Indianapolis, IN 46204


First Bank
P.O. Box 771399
Saint Louis, MO 63177-2399


Hearn Pacific, Inc.
c/o Napa Pacific Investments
411 Davis Street
Suite 201
Vacaville, CA 95688


Hirano, Russell G., DDS
1840 Avondale Way
Suite 4
Sacramento, CA 95825


Ice Miller, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

John Chandler
2483 Sunrise Blvd.
Rancho Cordova, CA 95670


John, Larry
425 Watt Ave
Sacramento, CA 95864


Lonnie Nielson
AH 4479
P.O. Box 600
Tracy, CA 95378-0600


Lupori & Associates
Thomas Lupori
1900 Olympic Blvd.
Walnut Creek, CA 94596


McCoy, Gregory L., Esq
Gagen, McCoy, McMahon, Koss, et al
279 Front Street
Danville, CA 94526-0218


Mohanna, Moe
M.H.M.
1025 Ninth Street
Sacramento, CA 95814


Omni Financial, LLC
1260 - 41st Avenue
Suite O
Capitola, CA 95010


One West Bank
2450 Broadway
5th Floor
Santa Monica, CA 90404


Peloquin, Michael
5312 Locust Avenue
Carmichael, CA 95608


Sacramento County
Code Enforcement
P.O. Box 1587
Sacramento, CA 95812

Scherman, Barrett & Susan A.
Schermann Family Trust
875 Francisco Street
San Francisco, CA 94109


Tahoe Loan Servicing, Inc.
Novasel, Robert & Schwarte, Richard
3170 Highway 50
Suite 10
South Lake Tahoe, CA 96150


Traynor Marina Investments
c/o Daniel L. Egan, Esq
Wilke Fleury
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814


Umpqua Bank
2270 Douglas Blvd.
Suite 220
Roseville, CA 95661


USA R.E.I.T.
Greg Crissman
1066 Vanderbilt Way
Sacramento, CA 95825


Vodonick, John, Esq.
P.O. Box 763
Nevada City, CA 95959


Wells Fargo Financial National Bank
PO Box 30667
Los Angeles, CA 90030-0667


Willet Land Company
c/o Michael & Sons
965 University Avenue
Suite 100
Sacramento, CA 95825-6758