**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
BRETT P. RYAN, ESQUIRE, #200563
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-0315 / Fax (714) 277-4899
RCO# 7233.33069
Attorney for Creditor
JPMorgan Chase Bank, N.A
FILED August 16, 2011 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0003704631

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:
Robert A Cook

        Debtor.

No. 11-39335-D-11

Chapter 11

REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

    PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, JPMorgan Chase Bank, N.A requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 11 Plan and Schedules and any amended Chapter 11 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Brett Ryan
Routh Crabtree Olsen, PS
1241 E. Dyer Road
Suite 250
Santa Ana, CA 92705
PH 714-382-0315

Dated: 8/15/11

        Routh Crabtree Olsen, PS

        By: /s/ Brett Ryan
        Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Robert A Cook
425 Watt Ave
Sacramento, CA 95864

Daniel S. Weiss
2277 Fair Oaks Blvd #495
Sacramento, CA 95825

**ELECTRONIC SERVICE:**
US Trustee (SAC)
ustpregion17.sc.ecf@usdoj.gov

Service was made on August __16__, 2011 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: Holly Lucas

2