DOUGLAS H. KRAFT, ESQ. (State Bar No.155127)
KEVIN G. HOWARD, ESQ. (State Bar No. 222221)
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, California 95610
Telephone: (916) 880-3040
Facsimile: (916) 880-3045

Attorneys for Creditor Umpqua Bank

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re: ) CASE NO. 11-39335
)
ROBERT A. COOK, )
)
    Debtor. )
)
)
_____ )
)

**NOTICE OF APPEARANCE AND**

**REQUEST FOR SPECIAL NOTICE**

    Pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002 (g) and (i), and Federal Rule of Bankruptcy Procedure 3017(a), UMPQUA BANK, an Oregon state chartered bank, with a license to do business in California as a commercial bank ("Bank"), creditor in this case, hereby files a Notice of Appearance and requests that all matters which must be noticed to creditors, any creditors' committee and other parties in interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the debtors or any other party in this matter, be sent to the persons at the addresses set forth below.

    Bank further requests that pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

FILED
August 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003708293

UMPQUA BANK
c/o KRAFT OPICH, LLP
Attn: Douglas H. Kraft, Esq.
7509 Madison Avenue, Suite 111
Citrus Heights, CA 95610

and to:

UMPQUA BANK
Attn: Danielle Holten
2998 Douglas Blvd. Suite 310
Roseville, CA 95661

Dated: August 17, 2011        KRAFT OPICH, LLP


By: ____/ S / Douglas H. Kraft____
DOUGLAS H. KRAFT, ESQ.
Attorneys for Creditor Umpqua Bank