FILED
September 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003744499

# United States Bankruptcy Court
### Eastern District of California

In re    **Robert A Cook**                              ,

Debtor

Case No.   **11-39335-C-11**

Chapter             **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 858,203.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 45,286,206.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,976,098.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,090.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,909.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 858,203.00 | | |
| Total Liabilities | | | | 48,262,304.74 | |

# United States Bankruptcy Court
## Eastern District of California

In re    **Robert A Cook**

Debtor

Case No.    __11-39335-C-11__

Chapter             __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 10,090.00 |
| Average Expenses (from Schedule J, Line 18) | 7,909.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,445.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 19,587,902.87 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,976,098.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 22,564,001.31 |

In re    **Robert A Cook**                              ,     Case No.    **11-39335-C-11**

                                           Debtor

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
|  | (Report also on Summary of Schedules) | |

  **0**    continuation sheets attached to the Schedule of Real Property

In re    **Robert A Cook**                              ,      Case No.   **11-39335-C-11**

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash in Debtor's possession** | - | **200.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Bed, king - MBR**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **200.00** |
| | | | **Dresser - MBR**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **200.00** |
| | | | **Nite stands (2) @ $50 ea - MBR**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **100.00** |
| | | | **Bed, queen - #2 BR**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **100.00** |
| | | | **Desk - BR #2**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **100.00** |
| | | | **Chair upholstered - BR #2**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **100.00** |
| | | | **Bed - queen - BR#3**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | **100.00** |

                                                         Sub-Total >       **1,100.00**
                                                    (Total of this page)

    __4__    continuation sheets attached to the Schedule of Personal Property

In re     **Robert A Cook**                                   ,    Case No.    **11-39335-C-11**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **TV - 21" - BR #3**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 50.00 |
| | | **Bed - double - BR #4**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 100.00 |
| | | **TV - 21" - BR #4**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 200.00 |
| | | **Table, dining room w/10 Chairs**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 200.00 |
| | | **China Cabinet**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 200.00 |
| | | **Sofas - (3) @ $100 ea. - Fam Room**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 300.00 |
| | | **Chair - leather - family room**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 50.00 |
| | | **Table - rectangluar - stone - family room**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 200.00 |
| | | **TV - 60" Sony - Family room**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 200.00 |
| | | **Washer & Dryer**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Sports memorabilia**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 3,000.00 |
| | | **Sculpture**<br>**Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 1,000.00 |

Sub-Total >     **5,900.00**<br>
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached<br>
to the Schedule of Personal Property

In re    **Robert A Cook**                                 ,     Case No.    **11-39335-C-11**

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Debtor's clothing and personal effects Location: 6416 Orange Hill Lane, Carmichael CA 95608** | - | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs, tennis racket** | - | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Elk Grove-Florin, LLC - 100% of shares - entity owns 26% of shares Captain's Table, LLC and 13% of shares of Captain's Table Marina, LLC 425 Watt Avenue, Sacramento, CA 95864** | - | 1.00 |
| | | **BOB COOK CO., LLC - 100% of shares - LLC owns: Debtor's residence at 6416 Orange Hill Lane, Carmichael, CA 95608; Debtor's auto (2006 BMW 750i); office furniture, fixtures and equipment; 800,000 shares of stock in Explor Resources; and 100% of shares of C.H. Entertainment, LLC** **425 Watt Avenue, Sacramento, CA 95864** | - | 1.00 |
| | | **ADAMS, LIMITED, LLC - Debtor owns 75% of shares - LLC owns 3 acres of undevelloped property at 7411 Fair Oaks Blvd., Carmichael, CA Estimated $1.5 Million fair market value, encumbered by 2 deeds of trust totallling approx. $567,000** | - | 800,000.00 |

                                                      Sub-Total >      801,202.00
                                            (Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

In re    **Robert A Cook**                                   ,     Case No.   **11-39335-C-11**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **KPBC - Debtor owns interst- KPBC owns 7.06% of Sacramento Kings, LP and Arco Arena, LP** | - | 1.00 |
| | | **Marekt value is net value of debtor's interests in these entities less encumbrances** | | |
| | | **B & C ARDEN, a Calif general partnership - Debtor's interest is 50% - partnership owns building, but not land, at 3341 Arden Way, Sacramento, CA 95825** | - | 50,000.00 |
| | | **Debtor's interest based upon value of $500,000 less encumbrances of $344,000 plus back payments on land lease of approx. $14,600 pasrt due lease payments plus approx $5,000 bakc taxes** | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >    **50,001.00**

(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re    **Robert A Cook**                                  ,     Case No.    **11-39335-C-11**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 858,203.00 |

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re __Robert A Cook_____,   Case No. __11-39335-C-11_____

                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** **Cash in Debtor's possession** | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Household Goods and Furnishings** **Bed, king - MBR** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Dresser - MBR** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Nite stands (2) @ $50 ea - MBR** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Bed, queen - #2 BR** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Desk - BR #2** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Chair upholstered - BR #2** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Bed - queen - BR#3** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **TV - 21" - BR #3** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Bed - double - BR #4** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **TV - 21" - BR #4** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Table, dining room w/10 Chairs** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **China Cabinet** Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |

___2___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Robert A Cook**                         Case No.    **11-39335-C-11**

,

                                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Sofas - (3) @ $100 ea. - Fam Room**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Chair - leather - family room**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Table - rectangluar - stone - family room**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **TV - 60" Sony - Family room**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Washer & Dryer**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Sports memorabilia**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| **Sculpture**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Wearing Apparel**<br>**Debtor's clothing and personal effects**<br>Location: 6416 Orange Hill Lane, Carmichael CA 95608 | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Golf clubs, tennis racket** | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Stock and Interests in Businesses**<br>**Elk Grove-Florin, LLC - 100% of shares - entity owns 26% of shares Captain's Table, LLC and 13% of shares of Captain's Table Marina, LLC**<br>425 Watt Avenue, Sacramento, CA 95864 | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| **BOB COOK CO., LLC - 100% of shares - LLC owns: Debtor's residence at 6416 Orange Hill Lane, Carmichael, CA 95608; Debtor's auto (2006 BMW 750i); office furniture, fixtures and equipment; 800,000 shares of stock in Explor Resources; and 100% of shares of C.H. Entertainment, LLC**<br><br>**425 Watt Avenue, Sacramento, CA 95864** | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Robert A Cook**                                            ,        Case No.    **11-39335-C-11**

                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **ADAMS, LIMITED, LLC - Debtor owns 75% of shares - LLC owns 3 acres of undevelloped property at 7411 Fair Oaks Blvd., Carmichael, CA**<br>**Estimated $1.5 Million fair market value, encumbered by 2 deeds of trust totallling approx. $567,000** | **C.C.P. § 703.140(b)(5)** | **18,847.00** | **800,000.00** |
| **Interests in Partnerships or Joint Ventures**<br>**KPBC - Debtor owns interst- KPBC owns 7.06% of Sacramento Kings, LP and Arco Arena, LP**<br><br>**Marekt value is net value of debtor's interests in these entities less encumbrances** | **C.C.P. § 703.140(b)(5)** | **1.00** | **1.00** |

|  | Total: | **27,050.00** | **808,203.00** |
|---|---|---:|---:|

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Robert A Cook**                                                              , Case No.     **11-39335-C-11**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>Biechner, George<br>9460 South Wales Way<br>Elk Grove, CA 95758 | | - | | | **2nd Deed of Trust**<br><br>**3 Acres of unimproved land at 7411 Fair Oaks Blvd., Carmichael, CA owned by Adams Limited , LLC**<br><br>Value $                    1,500,000.00 | | | | 200,000.00 | 0.00 |
| Account No.<br><br>BMW Financial Services<br>Customer Service Center<br>P.O. Box 3608<br>Dublin, OH 43016-0306 | | - | | | **2006 BMW 750i - 46,000 miles -**<br>**VIN WBAHL83586DT05759**<br>**condition - good**<br><br>Value $                      26,700.00 | | | | 18,464.00 | 0.00 |
| Account No. xxxxxxxxxxxx2749<br><br>Chase<br>P.O. Box 78035<br>Phoenix, AZ 85062-8035 | X | - | | | **2nd Deed of Trust**<br><br>**Residence at 6416 Orange Hill Lane, Carmichael , CA  Titled in name of Bob Cook Company, LLC**<br><br>Value $                    550,000.00 | | | | 298,000.00 | 0.00 |
| Account No. xxxxx3339<br><br>Chase Home Finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | X | - | | | **1st Deed of Trust**<br><br>**Residence at 6416 Orange Hill Lane, Carmichael , CA  Titled in name of Bob Cook Company, LLC**<br><br>Value $                    550,000.00 | | | | 563,664.68 | 13,664.68 |

| | | |
|---|---|---|
| **2**   continuation sheets attached | Subtotal<br>(Total of this page) | 1,080,128.68 | 13,664.68 |

In re  **Robert A Cook** _____,  Case No. ___11-39335-C-11___
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 02/03/11 | | | | | |
| Equity First Holdings, LLC 101 W. Market Street Suite 3050 Indianapolis, IN 46204 | | | | | Security interest 600,000 shares of Explor Resources, Inc. | | | | | |
| | | | | | Value $           258,000.00 | | | | 176,000.00 | 0.00 |
| Account No. | | | | | 03/10/11 | | | | | |
| Equity First Holdings, LLC 101 W. Market Street Suite 3050 Indianapolis, IN 46204 | | | | | Security interest 200,000 shares of Explor Resources, Inc. | | | | | |
| | | | | | Value $            86,000.00 | | | | 85,300.00 | 0.00 |
| Account No. | | | | | 1st Deed of Trust | | | | | |
| First Bank P.O. Box 771399 Saint Louis, MO 63177-2399 | X | - | | | Building [not land] of B & C Arden - 3341 Arden Way, Sacramento, CA 95825 APN 279-0253-020-0000 - Debtor 1/2 interes | | | | | |
| | | | | | Value $           500,000.00 | | | | 344,539.43 | 0.00 |
| Account No. | | | | | 2006 | | | | | |
| Omni Financial, LLC 1260 - 41st Avenue Suite O Capitola, CA 95010 | | - | | | Security interest Shares of Kings Professional Basketball Club - subjec to pending litigation is Santa Cruz Superior Court | | | X | | |
| | | | | | Value $        10,000,000.00 | | | | 13,000,000.00 | 3,000,000.00 |
| Account No. | | | | | 1st Deed of Trust | | | | | |
| One West Bank 2450 Broadway 5th Floor Santa Monica, CA 90404 | X | - | | | Hotel property owned by Captain's Table Hotel, LLC | | | | | |
| | | | | | Value $        13,000,000.00 | | | | 29,574,238.19 | 16,574,238.19 |

Sheet __1__ of __2__ continuation sheets attached to                 Subtotal
Schedule of Creditors Holding Secured Claims            (Total of this page)       | 43,180,077.62 | 19,574,238.19 |

In re  **Robert A Cook**                                          ,        Case No.  **11-39335-C-11**

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | 1st Deed of Trust | | | | | |
| Tahoe Loan Servicing, Inc. Novasel, Robert & Schwarte, Richard 3170 Highway 50 Suite 10 South Lake Tahoe, CA 96150 | | - | | 3 Acres of unimproved land at 7411 Fair Oaks Blvd., Carmichael, CA owned by Adams Limited , LLC | | | | | |
| | | | | Value $                1,500,000.00 | | | | 376,000.00 | 0.00 |
| Account No. | | | | 2nd Deed of Trust against Captain's Table Hotel, LLC property - Judgment on personal guarantee in Sacramento County Superior Court Case No. 34-2009-00048163 | | | | | |
| USA R.E.I.T. Greg Crissman 1066 Vanderbilt Way Sacramento, CA 95825 | | X - | | | | | | | |
| | | | | Value $              13,000,000.00 | | | | 650,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**    of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,026,000.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 45,286,206.30 | 19,587,902.87 |

In re   **Robert A Cook**                                     ,        Case No.   **11-39335-C-11**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

___0___ continuation sheets attached

In re    **Robert A Cook**                                                                    Case No.    **11-39335-C-11**
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No.    4xxx-xxxx-xxxx-1624 **Bank of America** **Los Angeles, CA 90030-1200** | - | | **Hawaiian Airlines Visa Card** | | | | 19,131.75 |
| Account No. **Binns, Robert J., Esq.** **3620 American River Drive** **Suite 175** **Sacramento, CA 95864** | - | | **Legal services** | | | | 286,071.86 |
| Account No. **Crase, Ron & Shirley** **6121 Winding Way** **Carmichael, CA 95608** | - | | **Credit advanced on credit card to Citi Bank** | | | | 16,529.00 |
| Account No. **Hearn Pacific, Inc.** **c/o Napa Pacific Investments** **411 Davis Street** **Suite 201** **Vacaville, CA 95688** | - | | **Judgment in Sacramento Superior Court Case No.34-2008-00025002** | | | | 360,000.00 |
| _3_    continuation sheets attached | | | Subtotal (Total of this page) | | | | 681,732.61 |

In re    **Robert A Cook**
_____,
                              Debtor

Case No.    **11-39335-C-11**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Dental services | | | | |
| Hirano, Russell G., DDS 1840 Avondale Way Suite 4 Sacramento, CA 95825 | | - | | | | | | 4,748.78 |
| Account No. | | | | Accounting services | | | | |
| Lupori & Associates Thomas Lupori 1900 Olympic Blvd. Walnut Creek, CA 94596 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Legal services | | | | |
| McCoy, Gregory L., Esq Gagen, McCoy, McMahon, Koss, et al 279 Front Street Danville, CA 94526-0218 | | - | | | | | | 54,823.58 |
| Account No. | | | | Personal loan | | | | |
| Mohanna, Moe M.H.M. 1025  Ninth Street Sacramento, CA 95814 | | - | | | | | | 250,000.00 |
| Account No. | | | | Land planning services re Adams Limited, LLC | | | | |
| Peloquin, Michael 5312 Locust Avenue Carmichael, CA 95608 | | - | | | | | | 30,000.00 |

Sheet no. **1** of **3** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344,572.36

In re   **Robert A Cook**                                                    ,        Case No.   **11-39335-C-11**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **CODX2010-03467** Sacramento County Code Enforcement P.O. Box 1587 Sacramento, CA 95812 | X | - | | | **Code violationsa at 7411 Fair Oaks Blvd., Carmichael, CA 95608 (property of Adams Limited, LLC)** | | | | 1,828.53 |
| Account No. Scherman, Barrett & Susan A. Schermann Family Trust 875 Francisco Street San Francisco, CA 94109 | | - | | | **Stipulation for Judgment in Sacramento County Superior Court Case No.34-2009-00034326** | | | | 250,000.00 |
| Account No. Traynor Marina Investments c/o Daniel L. Egan, Esq Wilke Fleury 400 Capitol Mall, 22nd Floor Sacramento, CA 95814 | | - | | | **Judgment in Sacramento County Superior Court Case No.34-2009-00065942** | | | | 800,000.00 |
| Account No. **Loan No. xxxxxxxx0972** Umpqua Bank 2270 Douglas Blvd. Suite 220 Roseville, CA 95661 | X | - | | | **2008 Unsecured loan to Sacramento Tennis, LLC by Silverado Bank (now Umpqua Bank) - personal guarantee** | | | | 200,000.00 |
| Account No. Vodonick, John, Esq. P.O. Box 763 Nevada City, CA 95959 | | - | | | **Legal services** | | | | 680,300.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       1,932,128.53

In re  **Robert A Cook**                                              ,        Case No.  **11-39335-C-11**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | | |
| Account No. **5xxx-xxxx-xxxx-9578** | | | | | **MasterCard** | | | | |
| **Wells Fargo Financial National Bank PO Box 30667 Los Angeles, CA 90030-0667** | - | | | | | | | | 3,058.36 |
| Account No. | | | | | **Rent owed by B & C Arden Way, a partnership of which Debtor is a general partner** | | | | |
| **Willet Land Company c/o Michael & Sons 965 University Avenue Suite 100 Sacramento, CA 95825-6758** | X - | | | | | | | | 14,606.58 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 17,664.94 |
| Total (Report on Summary of Schedules) | | 2,976,098.44 |

In re   **Robert A Cook**                            ,        Case No.   **11-39335-C-11**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**       continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Robert A Cook**                                ,    Case No.    **11-39335-C-11**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adams Limited, LLC**<br>425 Watt Ave<br>Sacramento, CA 95864 | **Sacramento County**<br>Code Enforcement<br>P.O. Box 1587<br>Sacramento, CA 95812 |
| **B & C Arden**<br>425 Watt Ave<br>Sacramento, CA 95864 | **Willet Land Company**<br>c/o Michael & Sons<br>965 University Avenue<br>Suite 100<br>Sacramento, CA 95825-6758 |
| **B & C Arden**<br>425 Watt Ave<br>Sacramento, CA 95864 | **First Bank**<br>P.O. Box 771399<br>Saint Louis, MO 63177-2399 |
| **Barham, Steve**<br>3441 Arden Way<br>Sacramento, CA 95864 | **Willet Land Company**<br>c/o Michael & Sons<br>965 University Avenue<br>Suite 100<br>Sacramento, CA 95825-6758 |
| **Barham, Steve**<br>3441 Arden Way<br>Sacramento, CA 95864 | **First Bank**<br>P.O. Box 771399<br>Saint Louis, MO 63177-2399 |
| **Bob Cook Company, LLC**<br>425 Watt Ave<br>Sacramento, CA 95864 | **Chase**<br>P.O. Box 78035<br>Phoenix, AZ 85062-8035 |
| **Bob Cook Company, LLC**<br>425 Watt Ave<br>Sacramento, CA 95864 | **Chase Home Finance**<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 |
| **Captain's Table Hotel, LLC**<br>425 Watt Ave<br>Sacramento, CA 95864 | **One West Bank**<br>2450 Broadway<br>5th Floor<br>Santa Monica, CA 90404 |
| **John Chandler**<br>2483 Sunrise Blvd.<br>Rancho Cordova, CA 95670 | **USA R.E.I.T.**<br>Greg Crissman<br>1066 Vanderbilt Way<br>Sacramento, CA 95825 |
| **John, Larry**<br>425 Watt Ave<br>Sacramento, CA 95864 | **Lupori & Associates**<br>Thomas Lupori<br>1900 Olympic Blvd.<br>Walnut Creek, CA 94596 |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Robert A Cook**                                                                    ,        Case No.    __11-39335-C-11__

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lonnie Nielson**<br>**AH 4479**<br>**P.O. Box 600**<br>**Tracy, CA 95378-0600** | **Umpqua Bank**<br>**2270 Douglas Blvd.**<br>**Suite 220**<br>**Roseville, CA 95661** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

In re **Robert A Cook**                                    Case No.  **11-39335-C-11**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Developer/Broker** | |
| Name of Employer | **Bob Cook Compan7, LLC** | |
| How long employed | **34 years** | |
| Address of Employer | **425 Watt Avenue Sacramento, CA 95864** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 9,000.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Social Security** | $ | 1,090.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 10,090.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 10,090.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 10,090.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re __Robert A Cook__                                    Case No. __11-39335-C-11__
                                                                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 4,419.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 671.00 |
| b. Water and sewer | | | $ | 217.00 |
| c. Telephone | | | $ | 91.00 |
| d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 500.00 |
| 5. Clothing | | | $ | 200.00 |
| 6. Laundry and dry cleaning | | | $ | 50.00 |
| 7. Medical and dental expenses | | | $ | 50.00 |
| 8. Transportation (not including car payments) | | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 50.00 |
| 10. Charitable contributions | | | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 118.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 90.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) **Real property taxes** | | | $ | 498.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 555.00 |
| 17. Other _____ | | | $ | 0.00 |
| Other _____ | | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | 7,909.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. Average monthly income from Line 15 of Schedule I | | $ | 10,090.00 |
| b. Average monthly expenses from Line 18 above | | $ | 7,909.00 |
| c. Monthly net income (a. minus b.) | | $ | 2,181.00 |

# United States Bankruptcy Court
## Eastern District of California

In re   **Robert A Cook**                             Case No.   **11-39335-C-11**
                                     Debtor(s)                Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 1, 2011**             Signature    **/s/ Robert A Cook**
                                                    **Robert A Cook**
                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re __Robert A Cook__                         Case No. __11-39335-C-11__

                                  Debtor(s)            Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$78,920.53** | **2011 YTD - BOB COOK CO., LLC** |
| **$84,343.06** | **2010 - BOB COOK CO., LLC** |
| **$74,999.96** | **2009 - BOB COOK CO., LLC** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,630.00** | **2011 YTD - Social Security** |
| **$13,080.00** | **2010 - Social Security** |
| **$13,080.00** | **2009 - Social Security** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America**<br>**P.O. Box 301200**<br>**Los Angeles, CA 90030-1200** | **06/02/11 - $366**<br>**06/15/11 - $366** | **$732.00** | **$19,131.75** |
| **BMW Financial Services**<br>**Customer Service Center**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **06/06/11 - $1,543.61**<br>**06/15/11 - $1,543.61** | **$308,722.00** | **$18,464.00** |
| **Crase, Ron & Shirley**<br>**6121 Winding Way**<br>**Carmichael, CA 95608** | **Payment to Citi Bank on**<br>**closed account**<br>**05/05/11; 06.16/11 &**<br>**07/15/11**<br>**3 payment of $2,000 each** | **$6,000.00** | **$16,529.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Traynor Marina Investments v Cook, et al Case No. 34-2009-00065942** | **Personal guarantee re 1/2 interest in Rivage (Captain's Table) Marina** | **Sacramento County Superior Court, Sacramento, CA** | **Judgment** |
| **Omni Financial v Cook, et al CV170294** | **Promissory Note** | **Santa Cruz County Superior Court, Santa Cruz, CA** | **Pending** |
| **USA Real Estate Invetment Trust v Cook, et al Case No.34-2009-000481663** | **Personal guarante of 2nd deed of trust on Captain's Table Hotel, LLC** | **Sacramento County Superior Court, Sacramento, CA** | **Pending** |
| **Hearn Pacific Corp v Cook, et al Case No. 34-2008-00025002** | **Personal guarante of general building contract for Captain's Table Hotel, LLC** | **Sacramento County Superir Court, Sacramento, CA** | **Judgment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Traynor Marina Investment c/o Daniel L. Egan Esq. Wilke, Fleury, et al 400 Capitol Mall, 22nd Floor Sacramento, CA 95814** | **approx May 2011** | **Office files, books and accounting records taken by Receiver Scott Sackett (Fidelity Management Technologies)** |

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Scott Sackett Fidelity Mangement Technologies, Inc. 1 Capito Mall, Suite 200 Sacramento, CA 95814** | **Sacramento County Superior Court Sacramento, CA Traynor Marina Investments v Cook, et al Case No.34-2009-00065942** | **02/2/2011** | **Office files, books and accounting records of Bob Cook Co., LLC, Adams Limited, LLC, Elk-Grove Florin, LLC and Sacramento Tennis, LLC** |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Plyn Marcello - current spouse**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bob Cook Co., LLC** | EIN 94-3350775 | **425 Watt Avenue Sacramento, CA 95864** | **Real estate development and brokerage** | 2000 - present |
| **Elk Grove-Florin, LLC** | EIN 90-023388 | **425 Watt Avenue Sacramento, CA 95864** | **Hold interest in Captain's Table Hotel, LLC** | **2003 - present** |
| **Adams Limited, LLC** | EIN 80-0145564 | **425 Watt Avenue Sacramento, CA 95864** | **Real estate investments** | **01/2009 - present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Sacramento Tennis, LLC** | EIN 68-0426611 | **425 Watt Avenue Sacramento, CA 95864** | **Was owner of franchise for Sacramento Capitals tennis team** | 02/16/1999 - 02/2011 |
| **C.H. Entertainment, LLC** | EIN | **425 Watt Avenue Sacramento, CA 95864** | **Owner of WTT Franchise for Sacramento Capitals tennis team** | 02/09/2011 - preseny |
| **B & C Arden** | 94-3350775 | **3341 Arden Way Sacramento, CA 95825** | **Owns building but not land; rents to partner** | 05/05/2006 - present |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **Elk Grove-Florin, LLC** | **425 Watt Avenue Sacramento, CA 95864** |
| **Adams Limited, LLC** | **425 Watt Avenue Sacramento, CA 95864** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Crase, Shirley 425 Watt Avenue Sacramento, CA 95864** | **10+ years** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **September 1, 2011**                    Signature    **/s/ Robert A Cook**
                                                          **Robert A Cook**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of California

In re __Robert A Cook__

Debtor(s)

Case No. __11-39335-C-11__

Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 0.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __September 1, 2011__

__/s/ Daniel S. Weiss__
**Daniel S. Weiss 91930**
**Law Offices of Daniel S. Weiss**
**2020 Hurley Way**
**Suite 210**
**Sacramento, CA 95825**
**916-569-1610   Fax: 916-569-1612**
**dweiss@danielweisslaw.com**

---

In re    **Robert A Cook**
_____
                 Debtor(s)
Case Number:    **11-39335-C-11**
_____
                 (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 9,000.00 — Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 555.00 — Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 8,445.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 — Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 — Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ — Spouse $<br>b. — Debtor $ — Spouse $ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ 8,445.00 | $ 0.00 |

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **8,445.00** |
|---|---|---|---|

## Part II. VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: __September 1, 2011__          Signature: __/s/ Robert A Cook__

**Robert A Cook**

(Debtor)