FILED
September 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003753265

**2 Pages**

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
MEGAN A. LEWIS (SBN 221263)
STEVEN J. WILLIAMSON (SBN 238869)
400 Capitol Mall
Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Creditor
TRAYNOR MARINA INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. COOK,<br><br>   Debtor. | Case No.: 11-39335-C-11<br><br>WFH-3<br><br>Date: September 21, 2011<br>Time: 10:00 a.m.<br>Dept: C |

**DECLARATION OF DANIEL L. EGAN IN SUPPORT OF APPLICATION FOR RULE 2004 EXAMINATION OF FIRST BANK**

I, Daniel L. Egan, declare:

1. I am an attorney for Traynor Marina Investments, LLC (hereinafter "Traynor"). I make this declaration in that capacity and, if called upon to do so, could and would testify of my own personal knowledge to the facts set forth herein.

2. Traynor is a judgment lien creditor of Debtor asserting a claim in the approximate amount of $1.1 million. Traynor has been in the process of attempting to collect its judgment for almost one year. Traynor had obtained appointment of a receiver over Debtor's assets, and had obtained charging orders against Debtor's partnerships and limited liability companies. Traynor had also filed a motion with the Sacramento Superior Court seeking an order authorizing the foreclosure of Traynor's judgment lien on certain of Debtor's partnership and limited liability

710705.1
- 1 -
WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF DANIEL L. EGAN

company interests. Debtor commenced this Chapter 11 case immediately before the motion to forestall Traynor's foreclosure efforts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of September, 2011 at Sacramento, California.

_____
DANIEL L. EGAN