FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003803505

DAVID W. HOLOCHUCK (SBN: 172068)
Law Offices of David W. Holochuck
A Professional Law Corporation
9401 E. Stockton Boulevard, Suite 210
Elk Grove, CA 95624
(916) 686-5059

Attorney for Creditor, GEORGE BIECHNER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>    ROBERT A. COOK<br><br>        Debtor | Case No. 11-39335-C-11<br><br>NO HEARING REQUIRED |

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

TO: THE CLERK OF THE COURT; DEBTORS; AND ALL OTHER PARTIES IN INTEREST:

    GEORGE BIECHNER hereby requests that all notices and applications, whether formal or informal, disclosure statements, plans, petitions, pleadings, requests, motions, supporting papers, and any and all other papers filed in the above case be sent to the following address:

David W. Holochuck, Esq.
LAW OFFICE OF DAVID W. HOLOCHUCK
9401 E. Stockton Boulevard, Suite 210
Elk Grove, CA 95624

DATED: September 27, 2011      LAW OFFICE OF DAVID W. HOLOCHUCK

                                               /s/ David W. Holochuck
                                               DAVID W. HOLOCHUCK
                                               Attorney for Creditor, GEORGE BIECHNER

DAVID W. HOLOCHUCK (SBN: 172068)
Law Offices of David W. Holochuck
A Professional Law Corporation
9401 E. Stockton Boulevard, Suite 210
Elk Grove, CA 95624
(916) 686-5059

Attorney for Creditor, GEORGE BIECHNER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In re
    ROBERT A. COOK
        Debtor

Case No. 11-39335-C-11

NO HEARING REQUIRED

**PROOF OF SERVICE**

    I am a citizen of the United States and employed in the County of Sacramento. I am over the age of 18 years and not a party to the above-entitled action; my business address is 9401 East Stockton Boulevard, Suite 210, Elk Grove, CA 95624. I am familiar with the office practices of David W. Holochuck, Attorney at Law, including the daily practice of collecting and processing pleadings and correspondence for mailing with the United States Postal Service. On this date, I served the foregoing documents described as:

**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

  __X__  By mail on the interested party(ies) in the case above-referenced by placing a true and correct copy of the above-referenced documents(s) enclosed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Elk Grove, California, after the close of the day's business, at the address(es) as set forth below.

**SEE ATTACHED LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2011, at Elk Grove, California.

_____
COLLEEN E. ADAM

| | |
|---|---|
| 1 | In RE: Robert A. Cook, debtor |
| 2 | Case No. 11-39335-C-11 |
| 3 | |
| 4 | Daniel S. Weiss |
| 5 | Law Offices of Daniel S. Weiss |
|   | 2020 Hurley Way, Suite 210 |
| 6 | Sacramento, CA  95825 |
| 7 | Office of the United States Trustee |
|   | 501 I Street |
| 8 | Sacramento, CA  95814 |