FILED
October 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003842675

DANIEL S. WEISS (State Bar No. 91930)
LAW OFFICES OF DANIEL S. WEISS
2020 Hurley Way, Suite 210
Sacramento, California 95825
Telephone: (916) 569-1610
FAX No.:   (916) 569-1612
e-mail: dweiss@danielweisslaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:                                )   Case No. 11-39335-C-11
                                      )
ROBERT A. COOK,                       )
                                      )
                                      )
                                      )   DATE: October 19, 2011
                                      )   TIME: 10:00 A.M.
                    Debtor.           )   DEPT: C - COURTROOM 35
_____)

### DEBTOR'S SECOND STATUS REPORT

Debtor, ROBERT A. COOK, hereby submits to the Court his Second Status Report, as follows:

Since the filing of the Debtors Preliminary Status Report and the hearing thereon, the following changes have occurred.

1.   Debtor has been engaged in ongoing negotiations to avoid the foreclosure of the Le Rivage Hotel and associated properties. The current date set for a trustee's sale is Friday, October 21, 2011. Debtor is hopeful and optimistic that a further postponement of the sale will occur, and believes that a resolution of the default may occur as early as October 31, 2011. Current negotiations with a third party

unrelated to the Debtor or to any existing investors contemplates a note sale by One West Bank, together with a release of Debtor's personal guarantee (now approximately $30 Million, with an appraised value of the property around $12 Million) It is contemplated that the buyer will receive approximately a 75% equity position in the venture, thereby eliminating any payments on the first deed of trust. There is some probability that the investor will also contribute additional cash to assist in paying other debts and to improve the profitability of the hotel/marina venture. The hotel receipts, which are being collected by a State Court appointed receiver are at least sufficient to pay operating costs at this time, so debt service relief should create a positive cash flow.

    2.    Bob Cook Company, LLC has listed for sale the 3 acres of unimproved property situated at 7411 Fair Oaks Blvd., Carmichael, California. There have been interested prospective purchasers, and Debtor believes a sale will be concluded soon at or near the $1.5 Million asking price. There are 2 deeds of trust, totaling approximately $567,000, so proceeds to Bob Cook Company, LLC (after costs and commissions) are estimated to be 75% of about $858,000 (or approximately $644,000).

    3.    Debtor is in the process of entering into a contingency fee contract with E. John Vodonick, Esq., which will require application for appointment of Mr. Vodonick

(who is a current unsecured creditor of the Debtor), as special counsel. The contemplated litigation involves a claim against Debtor's brother for fraudulent concealment or destruction of evidence concerning the disposition of Debtor's mother's testate estate. Mr. Vodonick represented Debtor is previous litigation over the estate, and, with newly-discovered evidence, believes, as does the Debtor, that a successful claim for millions of dollars can be successfully litigated.

4. Although Debtor is willing to consider the sale of his interests in Kings Professional Basketball Club (the entity which holds a 7% interest in the limited partnerships that own the Sacramento Kings and the [former] Arco Arena), Debtor believes that any such sale is not feasible at this time for several reasons, including:

    a. The sale value of the team is not optimal at this time, in light of the current disputes in the NBA; the suspension of a league decision to require the Kings to stay in Sacramento or allow the team to be moved elsewhere, depending upon the status of construction of a downtown stadium by next March; and the limitations imposed by the league rules as regards who may own an interest in a team franchise; and

    b. The conflicting claims being made by OMNI Financial ($13 Million) and by Traynor Marina

Investors ($1.1 Million), each asserting that it has a lien against Debtor's interest in KPBC. These conflicting claims will likely have to be litigated in order to establish if any valid liens exist, and to what extent and in what priority.

5. Creditor TRAYNOR MARINA INVESTORS has filed a Motion to Appoint a Chapter 11 Trustee. Debtor and several creditors have opposed the Motion. The matter is set to be heard on October 25, 2011.

6. Debtor has filed Monthly Operating Reports for the months of August 2011 (which was filed late) and September 2011 (filed timely).

7. As of this time, Debtor has as yet been unable to formulate a Plan and Disclosure Statement due to the present uncertainties concerning the disposition of its assets (particularly the Hotel and the land in Carmichael).

LAW OFFICES OF DANIEL S. WEISS
Attorney for Debtors

Dated: October 17, 2011     By:     /s/ Daniel S. Weiss